UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SOVEREIGN BANK, a federal savings bank, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 10-cv-6360 |
| v. | ) ) | Honorable Edmond E. Chang |
| KHAMIS IMSAIH, *et al.*, | ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO: Parties on the attached service list

PLEASE TAKE NOTICE THAT on **February 7, 2011, at 9:00 a.m**., I will appear before the Honorable Edmond E. Chang, presiding in courtroom 1403 at 219 South Dearborn Street, Chicago, Illinois, and present the attached Motion To Bar Defendant From Property And To Change The Locks To The Common Areas And Entryways.

**MOGLIA ADVISORS**


By:/s/ Jeffrey L. Gansberg
One of Its Attorneys


Kurt M. Carlson, ARDC No. 06236568
Jeffrey L. Gansberg, ARDC No. 06242943
**Much Shelist Denenberg Ament & Rubenstein, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312-521-2000
Facsimile: 312-521-2100
jgansberg@muchshelist.com

## **CERTIFICATE OF SERVICE**

The undersigned, certifies that on January 28, 2011, he served copies of this notice and the Motion To Bar Defendant From Property And To Change The Locks To The Common Areas And Entryways on all parties listed below by first class mail or ECF, as indicated, from 191 N. Wacker Drive, Suite 1800, Chicago, Illinois.

/s/Jeffrey L. Gansberg

## **SERVICE LIST**

By US Mail:

Khamis Imsaih
6304 N. Albany Ave.
Chicago, IL 60659

By ECF:

Wesley E. Johnson
The Law Office of William J. Factor, LTD.
1363 Shermer Road, Suite 224
Northbrook, IL 60062

By ECF:

Joel R. Nathan
United States Attorney's Office
Northern District of Illinois, Eastern Division
219 S. Dearborn St., 5th Floor
Chicago, IL 60604