UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SOVEREIGN BANK, a federal savings bank, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 10-cv-6360 |
| v. | ) ) | Honorable Edmond E. Chang |
| KHAMIS IMSAIH, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**RECEIVER'S MOTION FOR APPROVAL OF RECEIVER'S REPORT
AND RECEIVER'S COST AND FEES**

Moglia Advisors, not individually but in its capacity as Receiver, by and through its attorneys, for its Motion for Approval of Receiver's Report and Receiver's Costs and Fees, states as follows:

**BACKGROUND**

1. On or about July 3, 2007, Khamis Imsaih ("Imsaih") executed a note and mortgage in favor of Sovereign Bank. Included with the mortgage was an assignment of rents and a security agreement.

2. On October 5, 2010, Sovereign Bank filed its complaint against Imsaih to foreclose upon the Real Property. The Real Property is a non-owner occupied parcel of multi-family residential real property.

3. On or about October 21, 2010, Sovereign Bank moved for the appointment of the Receiver.

4. On October 28, 2010, this Court entered an order granting the request to appoint the Receiver.

5. On November 2, 2010, Sovereign Bank filed its motion to confirm the appointment of the Receiver. The motion to confirm the appointment of the Receiver was set for hearing on November 9, 2010.

6. On November 9, 2010, the motion to confirm the Receiver was entered and continued and an oral motion to vacate the appointment of the Receiver was granted. The matters were continued to December 1, 2010.

7. On December 1, 2010, the motion to confirm the appointment of the Receiver was granted.

8. On December 22, 2010, this Court, by minute entry, set January 14, 2011 as the deadline for the Receiver to file his first Receiver's report.

9. A copy of the Receiver's First Report for the Period of December 1, 2010 through January 7, 2011 (the "Receiver's Report") was filed separately and is attached as Exhibit A to this Motion.

## RELIEF REQUESTED

10. This Court's December 22, 2010 minute entry required the Receiver to file its report on or before January 14, 2011. A copy of the Receiver's Report is attached as **Exhibit A**.

11. The Receiver requests approval of its fees in the amount of $3,930.00 and costs in the amount of $143.46.

12. The Receiver further requests approval of the Receiver Report.

WHEREFORE, Moglia Advisors, not individually but in its capacity as Receiver, respectfully requests that this Court enter an order:

A. Approving the Receiver Fees in the amount of $3,930.00 and costs in the amount of $143.46.

    B.    Approving the Receiver's Report;

    C.    Granting whatever further relief this Court deems just.

**MOGLIA ADVISORS**

By: **/s/ Jeffrey L. Gansberg**
      **One of Its Attorneys**

**Attorney For Receiver**
Kurt M. Carlson
Jeffrey L. Gansberg
Martin J. Wasserman
**Much Shelist Denenberg Ament & Rubenstein, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 521-2000