# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SOVEREIGN BANK, a federal savings bank, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 10-6360<br>) |
| KHAMIS IMSAIH, UNITED STATES OF AMERICA, DEPARTMENT OF TREASURY, | )<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION FOR JUDGMENT OF FORECLOSURE BY CONSENT AND RELATED RELIEF

Sovereign Bank, FSB, by and through undersigned counsel, moves this Court to enter a Judgment of Consent Foreclosure pursuant to the consent of Defendant Khamis Imsaih and 735 ILCS 5/15-1402. In support of this Motion, Sovereign Bank states as follows:

1) Sovereign Bank brought this action to foreclose a mortgage on the real estate commonly known as 7836 S. South Shore Drive, Chicago, IL (the "**Property**") owned by Defendant Khamis Imsaih.

2) Sovereign Bank has offered to waive any and all rights to a personal judgment for deficiency against Khamis Imsaih and any other person liable for the indebtedness or other obligation secured by the mortgage in exchange for a consent foreclosure, which offer was accepted by Khamis Imsaih.

3) On March 2, 2011, Khamis Imsaih and Sovereign Bank stipulated *inter alia* that, in exchange for Sovereign's waiver of any right to a personal judgment of deficiency, Imsaih would stipulate to and consent to a judgment of foreclosure either through judicial sale or pursuant to 735 ILCS 5/15-1402. *See* Stipulation and Consent to Entry of Judgment of Foreclosure, attached hereto as **Exhibit A**.

4) Defendant United States of America was named as a permissible party pursuant to 735 ILCS 5/15-1501(b)(7) by virtue of a federal tax lien on the Property dated September 25, 2009, recorded in the Cook County Recorder of Deeds as Document No. 0926826212.

5) On February 16, 2010, that lien was released and a Certificate of Release of Federal Tax Lien was recorded on February 28, 2011 in the Cook County Recorder of Deeds as Document No. 1105926320, attached hereto as **Exhibit B.**

WHEREFORE, Sovereign Bank requests that this Court dismiss the United States and enter an Order of Consent Foreclosure pursuant to 735 ILCS 5/15-1402, and vest title in Sovereign Bank FSB free and clear of all claims, liens and interest of Khamis Imsaih, including all rights of reinstatement and redemption.

March 17, 2011

Respectfully Submitted,
**SOVEREIGN BANK, FSB**

By: /s/ Wesley E. Johnson
One of its Attorneys

William J. Factor (6205675)
Sara E. Lorber (6229740)
Wesley E. Johnson (6225257)
**THE LAW OFFICE OF**
**WILLIAM J. FACTOR, LTD.**
1363 Shermer Road, Suite 224
Northbrook, IL 60062
Tel: (847) 239-7248
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com
slorber@wfactorlaw.com
wjohnson@wfactorlaw.com

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SOVEREIGN BANK, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 10-cv-6360 |
| v. | ) ) Honorable Edmond E. Chang |
| KHAMIS IMSAIH, *et al.*, | ) ) |
| Defendants. | ) |

## STIPULATION AND CONSENT TO
## ENTRY OF JUDGMENT OF FORECLOSURE

Plaintiff Sovereign Bank (the "*Sovereign*") and defendant Khamis Imsaih ("*Imsaih*") HEREBY STIPULATE AND CONSENT AS FOLLOWS:

1. Imsaih was served with the Verified Complaint for Foreclosure (the "*Complaint*") and summons in the captioned case (the "*Case*") on October 31, 2010.

2. The Court has jurisdiction over the parties and the subject matter and service of process has been properly made upon Imsaih

3. All allegations of the Complaint are true and correct and are hereby admitted by Imsaih, including, but not limited to:

    a. Exhibit A to the Complaint is a true and correct copy of that certain Multifamily Mortgage, Assignment of Rents and Security Agreement, dated July 3, 2007, executed by Imsaih in favor of Sovereign (the "*Mortgage*");

    b. Exhibit B to the Complaint is a true and correct copy of that certain Multifamily Note, dated July 3, 2007, executed by Imsaih in favor of Sovereign (the "*Note*");

c. The street address of the mortgaged real estate (the "*Property*") is 7836 S. South Shore Drive, Chicago, Illinois 60649;

d. The legal description of the Property is:

The Easterly 120 feet of Lot 114, in Division One of Westfalls Subdivision of 208 acres, being the East half of the Southwest Quarter and the Southeast fractional Quarter of Section 30, Township 38 North, Range 15, East of the Third Principal Meridian, in Cook County, Illinois[;]

e. The Mortgage was properly recorded with the Office of the Cook County Recorder of Deeds on July 3, 2007, at Document No. 0718439142;

f. The original amount of the indebtedness under the Note and Mortgage was $1,120,000;

g. Imsaih is in default under the Note and Mortgage because, among other reasons, he has not made any required payments of principal or interest to Sovereign since January 2010;

h. As of September 16, 2010, the total amount due and owing under the Note and Mortgage was no less than $1,218,263.37, consisting of:

| Principal Balance Due | $1,086,579.28 |
| Interest Due @ 6% | $51,626.52 |
| Default Interest Due | $77,267.86 |
| Late Charges | $6,560.40 |
| Real Estate Tax Escrow | $-3,770.69 |

i. The per diem interest accruing under the Note and Mortgage is $181.15;

j. Pursuant to the terms of the Note and Mortgage, Imsaih is obligated to pay the attorneys' fees, court costs, title costs, and other expenses which

2

Sovereign has been, and will be, required to expend in the prosecution of its rights thereunder, including the costs of the Case and the Receiver's fees and expenses;

k. The Property is an income property and does not qualify as a "residential" property under the Illinois Mortgage Foreclosure Act, 735 ILCS 5/15-1219, because neither Imsaih nor his family reside in the Property;

l. Imsaih is not adequately maintaining or insuring the Property; and

m. Pursuant to the Mortgage, Imsaih absolutely and unconditionally assigned all "Rents" to Sovereign to secure repayment of his obligations under the Note and Mortgage.

4. Notwithstanding the answer to the Complaint filed by Imsaih on or about November 29, 2010, Imsaih has no defense to the Complaint and Plaintiff is entitled to the relief prayed for in the Complaint, including foreclosure of the Mortgage upon the Property. Imsaih hereby withdraws his answer to the Complaint.

5. Imsaih expressly consents to the entry of judgment of foreclosure against him and any interest he may have in the Property or Rents.

6. Imsaih expressly waives any and all rights to Rents that have or may be collected by the Receiver appointed in the Case or by Sovereign.

7. Imsaih expressly waives any and all rights of redemption and/or reinstatement pursuant to 735 ILCS 5/15-1601 and 1/15-1602.

8. Upon (a) Imsaih's compliance with the Order Compelling Khamis Imsaih to Turn Over Books and Records and Rents and Provide an Accounting of Funds Collected and Expended, entered in the Case on January 4, 2011 and (b) entry of an order confirming a judicial sale of the Property pursuant to judgment of foreclosure in the Case (a "*Confirmation Order*") and such Confirmation Order becoming a final and non-

3

appealable order, or (c) in the alternative to a judicial sale, the entry of a judgment of consent foreclosure pursuant to 735 ILCS 5/15-1402(a), Sovereign forever waives and releases any and all rights to a personal judgment for deficiency against Imsaih or any other person liable for the Indebtedness pursuant to Subsections 9(b)-(d) of the Note other obligations under the Mortgage.

9. Because Federal tax liens cannot be foreclosed upon via a consent foreclosure pursuant to 735 ILCS 5/15-1402 (a), Imsaih agrees to cooperate in obtaining a discharge of any and all Federal tax liens on the Property.

SOVEREIGN BANK

By: _____  3/2/11
William J. Factor
Wesley E. Johnson
Sara E. Lorber
**THE LAW OFFICE OF**
**WILLIAM J. FACTOR, LTD.**
1363 Shermer Road, Suite 224
Northbrook, IL 60062
Tel: (847) 239-7248
Fax: (847) 574-8233
*Counsel for Sovereign Bank*

KHAMIS IMSAIH

_____

3.2.2011

# EXHIBIT B

| | | | | | |
|---|---|---|---|---|---|
| Form 668 (Z)<br>(Rev. 10-2000) | 3758 | Department of the Treasury - Internal Revenue Service<br>**Certificate of Release of Federal Tax Lien** | | | |
| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #7<br>Lien Unit Phone: (800) 913-6050 | | Serial Number<br><br>583103209 | | For Use by Recording Office | |

I certify that the following-named taxpayer, under the requirements of section 6325 (a) of the Internal Revenue Code has satisfied the taxes listed below and all statutory additions. Therefore, the lien provided by Code section 6321 for these taxes and additions has been released. The proper officer in the office where the notice of internal revenue tax lien was filed on ___September 25___ ___2009___, is authorized to note the books to show the release of this lien for these taxes and additions.

Doc#: 1105926320 Fee: $23.00
Eugene "Gene" Moore
Cook County Recorder of Deeds
Date: 02/28/2011 11:24 AM Pg: 1 of 1

Name of Taxpayer
KHAMIS & AFAF IMSAIH

Residence 6304 N ALBANY AVE
CHICAGO, IL 60659

COURT RECORDING INFORMATION:
Liber   Page   UCC No.   Serial No.
n/a     n/a    n/a       0926826212

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2007 | XXX-XX-1934 | 06/02/2008 | 07/02/2018 | 29405.29 |
| ******** | ********** | *********** | ********** | ********** | *************** |

Place of Filing
    Recorder of Deeds
    Cook County
    Chicago, IL 60602

Total $ 29405.29

This notice was prepared and signed at ___CHICAGO, IL___, on this,

the ___16th___ day of ___February___, 2011.

Signature _[signature]_

Title Director, Campus Compliance Operations

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Certificate of Release of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - RECORDING OFFICE

Form 668 (Z) (Rev. 10-2000)
CAT. NO 600261